**In re the Marriage of Douglas A. RUPP, petitioner, Appellant,**

v.

**Debra RUPP, Respondent, Murray County, Respondent.**

No. CX–98–154.

Supreme Court of Minnesota.

Feb. 12, 1999.

*O R D E R*

WHEREAS, by order filed September 30, 1998, this court granted the petition for further review in the above-captioned matter and stayed all proceedings pending final disposition in *In re the Marriage of Holmberg v. Holmberg*, Case No. C7–97–926, 1999 WL 33650 (1999); and

**48.** *Id.*

WHEREAS, the *Holmberg* decision, which was filed on January 28, 1999, was made prospective except as to the parties before the court in those consolidated appeals and therefore is not applicable to this case; and

WHEREAS, the petition for further review in this case was granted solely to preserve the *Holmberg* issue, which by reason of the prospective application of *Holmberg* does not apply in this case, and further review is therefore unnecessary,

IT IS HEREBY ORDERED that this appeal be, and the same is, dismissed.

BY THE COURT:

/s/ Kathleen A. Blatz
Chief Justice